# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

NIGEL LUCOMBE,

    Plaintiff,

v.                                              Case No: 8:25-cv-2005-WFJ-SPF

CYNTHIA JIMENEZ, DALTON WADE INC. and THE JIMENEZ GROUP, L.L.C.,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 19)** that the above-styled action has been settled as to Defendant Dalton Wade, Inc. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendant Dalton Wade, Inc. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on December 1, 2025.

                                                    s/*William F. Jung*
                                                    **WILLIAM F. JUNG**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record and Plaintiff, *pro se*